# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

COURTNEY WILLIAMS                                    CIVIL ACTION

VERSUS

STATE FARM FIRE AND                                  NO. 23-00800-BAJ-SDJ
CASUALTY COMPANY

## JUDGMENT

For written reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned

action be and is hereby **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this 8th day of April, 2025

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**